UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN AARON KELLER,<br>    Plaintiff,<br>v.<br>ANDREW SAUL,<br>    Defendant. | Case No.: 2:21-cv-0041-NJK<br>**ORDER**<br>[Docket No. 1] |

Pending before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Docket No. 1. However, the instant application is incomplete. Plaintiff failed to respond fully to questions 3, 4, 8, 10, and 13. *See id.* at 2, 4, 5. Plaintiff also failed to date his application and provide the value of his motor vehicle. *Id.* at 1, 3. Further, Plaintiff failed to provide any response to question 11. *Id.* at 5. As a result, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*.

Accordingly, Plaintiff's application to proceed *in forma pauperis* is hereby **DENIED** without prejudice. Docket No. 1. The Court will retain Plaintiff's complaint, but will not file it until the matter of the filing fee is resolved. Docket No. 1-2. No later than February 8, 2021, Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete and accurate application to proceed *in forma pauperis*. The Clerk's Office shall send Plaintiff a blank application form. Failure to timely comply with this order will result in dismissal of the instant matter without prejudice.

IT IS SO ORDERED.

Dated: January 8, 2021

_____
Nancy J. Koppe
United States Magistrate Judge