1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 DUSTIN AARON KELLER,                          Case No.: 2:21-cv-00041-NJK

8        Plaintiff,                                    **ORDER**

9 v.

10 ANDREW SAUL,

11        Defendant.

12        Plaintiff resides in Carson City, Nevada.  Docket No. 5 at 1.  "All . . . civil actions must be

13 filed in the clerk's office for the unofficial division of the court in which the action allegedly

14 arose."  Local Rule IA 1-8(a).  As such, this action should have been initiated in the unofficial

15 northern division of the District.

16        Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial**

17 **northern division of this District for all further proceedings**.  The Clerk of Court is instructed

18 **to transfer** and reopen this matter as a new action under a new docket number in the northern

19 division and to **close this case** without prejudice.

20        IT IS SO ORDERED.

21        Dated: January 28, 2021

22                                              _____
                                               Nancy J. Koppe
23                                              United States Magistrate Judge

24

25

26

27

28